*C. G. Ridgely*, for plaintiff.
*Cullen*, for defendant.

———————

Lessee of FASSIT *vs.* RICHARD & CLARK.

After recovery in ejectment the plaintiff takes possession at his peril; the verdict being general.

The plaintiff recovered an undivided half of one tract of land, and a fourth of another, being part of the premises mentioned in the declaration. The question arose how he should take the verdict; and, after conversation with the court and bar, he entered it generally. He takes possession at his peril.

*Bates*, for plaintiff.
*Frame*, for defendants.